1  PHILIP KEITH
   354 Pine Street, Third Floor
2  San Francisco, CA 94104
   Telephone: 415-433-1790
3
   Attorneys for Defendants
4  Michael g. Dotterweich, Margaret F. Dotterweich,
   and 4096 18th Street, LLC
5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10
   ROBERT CRUZ,                        )    Civ No. C-10-01868 JCS
11                                     )
              Plaintiff,               )
12                                     )
         vs.                           )    STIPULATION EXTENDING TIME TO
13                                     )    RESPOND TO COMPLAINT
   STARBUCKS CORPORATION, 4096 18TH )
14 Street, LLC, MICHAEL G. DOTTERWEICH, )
   AND MARGARET F. DOTTERWEICH,        )
15                                     )
                                       )
16            Defendants.              )
                                       )
17 _____

18      IT IS HEREBY STIPULATED, by and between plaintiff Robert Cruz, and defendants

19 4096 18TH Street, LLC, Michael G. Dotterweich, and Margaret F. Dotterweich, by their

20 attorneys, and pursuant to Local Rule 6-1(a), that defendants 4096 18TH Street, LLC, Michael G.

21
   Dotterweich, and Margaret F. Dotterweich may have to and including June 15, 2010 to respond
22
   to the complaint in this action.
23

24      Dated: June 1, 2010.

25                                     _____
                                       Philip Keith
26                                     Attorney for Defendants
                                       4096 18TH Street, LLC, Michael G. Dotterweich,
27                                     and Margaret F. Dotterweich
28

                                         1

Dated: June 1, 2010

_____
Paul L. Rein
Attorney for Plaintiff, Robert Cruz

Dated: June 3, 2010



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stipulation Extending Time to Respond to Complaint                                        C-10-01868-JCS