```
PHILIP KEITH
354 Pine Street, Third Floor
San Francisco, CA  94104
Telephone: 415-433-1790

Attorneys for Defendants
Michael g. Dotterweich, Margaret F. Dotterweich,
and 4096 18th Street, LLC
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, 4096 18TH Street, LLC, MICHAEL G. DOTTERWEICH, AND MARGARET F. DOTTERWEICH,<br><br>    Defendants. | Civ No. C-10-01868 JCS<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED, by and between plaintiff Robert Cruz, and defendants 4096 18TH Street, LLC, Michael G. Dotterweich, and Margaret F. Dotterweich, by their attorneys, and pursuant to Local Rule 6-1(a), that defendants 4096 18TH Street, LLC, Michael G. Dotterweich, and Margaret F. Dotterweich may have to and including June 22, 2010 to respond to the complaint in this action.

Dated:  June 14, 2010.

*/s/ Philip Keith*
Philip Keith
Attorney for Defendants
4096 18TH Street, LLC, Michael G. Dotterweich,
and Margaret F. Dotterweich

1

Dated: June 16, 2010

_____
Paul L. Rein
Attorney for Plaintiff, Robert Cruz

Dated: June 17, 2010



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA