Shane Singh, Bar No. 202733
ssingh@kringandchung.com
KRING & CHUNG, LLP
2620 J Street, # 1
Sacramento, California 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendants
STARBUCKS COFFEE COMPANY (erroneously sued herein as STARBUCKS CORPORATION); 4096 18th STREET, LLC; MICHAEL G. DOTTERWEICH; MARGARET F. DOTTERWEICH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION; 4096 18th STREET, LLC; MICHAEL G. DOTTERWEICH; MARGARET F. DOTTERWEICH; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. C10-01868<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' DESIGNATION OF COUNSEL<br><br>Assigned for All Purposes To:<br>Magistrate Judge Joseph C. Spero<br><br>Action Filed:   April 30, 2010 |

Based on the stipulated Designation of Parties, the court clerk is hereby requested to designate Shane Singh as counsel of record for defendants 4096 18th Street, LLC, Michael G. Dotterweich and Margaret F. Dotterweich.

**IT IS SO ORDERED.**

Dated: January 13, 2012

_____
Honorable JOSEPH C. SPERO
United States Magistrate Judge

F:\3628\0010\cf\Order Granting Designation of Counsel.doc