

**KRING & CHUNG**
**ATTORNEYS LLP**

Kyle D. Kring
Kenneth W. Chung
Paul T. McBride
Robert P. Mougin
Kathleen Elder-Blakely
Timothy J. Broussard
Ted A. Connor *
Shane Singh
Laura C. Hess
Robin C. Huggins
Jill L. Barr

* A professional corporation

Roland J. Amundsen
Alyssa Andersen
J. Christopher Bennington
Scott M. Bonesteel
Min K. Chai
Nami E. Chun
Brendan J. Coughlin
Merielle R. Enriquez
Anna Greenstin
Richard C. Hatem
Harold Park
Matthew A. Reynolds
Evan D. Schwab
Christopher J. Stipes
Allyson K. Thompson
Robert L. Thompson
Michelle L. Wiederhold

OF COUNSEL
Timothy J. Schafer
David M. Griffith
Paul A. Rianda
Suzanne M. Rehmani

SACRAMENTO
2620 J Street, Suite 1
Sacramento, CA 95816-4381
T (916) 266-9000
F (916) 266-9001

IRVINE
INLAND EMPIRE
SACRAMENTO
SAN DIEGO
LAS VEGAS
CHINO
LOS ANGELES
RANCHO SANTA MARGARITA

www.kringandchung.com

April 20, 2012

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

   Re: **Robert Cruz v. Starbucks Corporation, et al.**
     K&C Client: Starbucks Coffee Company, 4096 18th Street, LLC,
          Michael Dotterweich and Margaret Dotterweich
     K&C File No.: 3628.0010
     **Subject:** **Case No. 3:10-cv-01868-JCS**

Dear Judge Spero:

  On behalf of my clients, defendants Starbucks Coffee Company (sued herein as Starbucks Corporation), 4096 18th Street, LLC, Michael G. Dotterweich and Margaret F. Dotterweich, I am requesting a telephonic appearance for the Case Management Conference in this matter to be held on Friday, April 27, 2012 at 11:30 am.

  On the day of the conference, I can be reached at 916-266-9000 ext. 205.

  Thank you.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 1:30 pm and await the Court's call.

Dated: 4/24/12

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

Very truly yours,

Kring & Chung, LLP

*/s/ Shane Singh*

Shane Singh

(ssingh@kringandchung.com)
SSS/kc

cc:
 Paul Rein, Cat Cabalo

F:\3628\0010\corr\Court-002.docx