LAW OFFICES OF
# PAUL L. REIN
200 LAKESIDE DRIVE, SUITE A
OAKLAND, CALIFORNIA 94612
(ENTRANCE AT JACKSON & 19TH STREETS)

PAUL L. REIN
CELIA McGUINNESS
CATHERINE M. CABALO

TELEPHONE - 510/832-5001
FACSIMILE - 510/832-4787
WWW.REINLAWOFFICE.COM

April 24, 2012

Hon. Joseph C. Spero                     <u>E-Filed with Courtesy Chambers Copy by Mail</u>
United States Magistrate Judge
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Re:   <u>Robert Cruz v. Starbucks Corporation; 4096 18th Street, LLC; Michael
      G. Dotterweich; Margaret F. Dotterweich, et al.</u>
      United States District Court, Northern District of California
      Case No. C10-01868 JCS
      Objection to Defendants' Request for Appearance by Phone

Dear Magistrate Judge Spero:

        Plaintiff respectfully objects to defense counsel Shane Singh's efiled
request to appear at the April 27th Case Management Conference by phone. There
was no prior "meet and confer" regarding this, so we have no idea what Mr. Singh's
basis was for his request. Mr. Singh's request did not advise the Court of any
hardship basis. Further, both parties have indicated an intent to file motions:
Plaintiff has requested that Mr. Singh's clients be held in contempt of court for
failing to comply with this Court's September 21, 2011 Consent Decree Order, and
Mr. Singh's request indicated his request to be relieved from his clients' violation of
the Court Order (which Order required removal of all access barriers by February
29, 2012, now long past).

        I would respectfully request that, in light of these major issues,
personal appearances by all counsel should be required.

Dated: 4/25/12                                          Truly yours,

                        DENIED
                    Judge Joseph C. Spero

                                                       PAUL L. REIN

S:\CASES\S\STARBUCKS\LETTERS\SPERO.LT.wpd